UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT LEE ALLEN, | ) | Case No. CV 12-1418 DDP(JC) |
| Petitioner, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| CONRAD GRABER, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ Habeas Corpus by a Person in Federal Custody is dismissed as moot.

DATED: March 12, 2014

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE